## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SAROS LICENCING LLC,**<br><br>                          Plaintiff,<br><br>v.<br><br>**ELECTROLUX USA, INC. and ELECTROLUX HOME PRODUCTS, INC.,**<br><br>                          Defendants. | Civil Action No. 1:19-cv-00981-LPS |

### STIPULATED MOTION TO DISMISS

Now comes Plaintiff, Saros Licensing LLC, and Defendants, Electrolux USA, Inc. and Electrolux Home Products Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby stipulate and jointly move this Court for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 13, 2019

Respectfully submitted,

| | |
|---|---|
| DEVLIN LAW FIRM LLC | VENABLE LLP |
| */s/ Timothy Devlin* | */s/ Daniel A. O'Brien* |
| Timothy Devlin (No. 4241) | Daniel A. O'Brien (No. 4897) |
| 1526 Gilpin Avenue | 1201 N. Market Street, Suite 1400 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Telephone: (302) 449-9010 | Telephone: (302) 298-3535 |
| Facsimile: (302) 353-4251 | Facsimile: (302) 298-3550 |
| tdevlin@devlinlawfirm.com | daobrien@venable.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

        IT IS SO ORDERED, this ___ day of August, 2019.

                                            _____
                                            Chief, United States District Court Judge